THE STATE OF WASHINGTON, *Respondent,* v. CHARLES G. BRECKENRIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 51961, Lloyd Shorett, J., entered April 15, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.